# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DENISE RAMIREZ,

    Plaintiff,

v.

CHRISTY CRAIG,

    Defendant.

Case No. 2:25-cv-02404-GMN-NJK

**REPORT AND RECOMMENDATION**

On December 8, 2025, the Court dismissed Plaintiff's complaint with leave to amend and afforded Plaintiff until December 22, 2025, to file an amended complaint. Docket No. 4. The Court warned that "**[f]ailure to file an amended complaint by the deadline set above will result in the recommended dismissal of this case.**" *Id.* at 3 (emphasis in original). Plaintiff did not file an amended complaint, seek extension, or otherwise take further action in this case. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: December 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

## **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

1